IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIM. CASE NO. 1:22-cr-15-ECM |
| | ) | (WO) |
| ALEX TRYONE MCNAIR | ) | |

**O R D E R**

On October 13, 2022, the Court found Defendant Alex Tryone McNair not guilty by reason of insanity pursuant to 18 U.S.C. § 17.  Having determined that the Defendant is not guilty by reason of insanity, it is

ORDERED as follows:

1. The Defendant is committed to a suitable facility until such time as he is eligible for release pursuant to 18 U.S.C. § 4243(e).  The Court recommends that he be designated to a Federal Medical Center on an expedited basis.  If there is no Federal Medical Center available on an expedited basis, the Court recommends that the Defendant be designated to a BOP facility that can accept the Defendant on an expedited basis and which can provide suitable medical care.

2. Pursuant to 18 U.S.C. § 4243(b), a psychiatric or psychological examination of the Defendant shall be conducted, and a psychiatric or psychological report shall be filed with the Court, pursuant to the provisions of § 4247(b) and (c).

3. A hearing pursuant to 18 U.S.C. § 4243(c) is set for **November 21, 2022 at 10:00 a.m.,** in in Courtroom 2A, the Frank M. Johnson, Jr. United States Courthouse, One Church Street, Montgomery, Alabama.

2

The United States Marshal is DIRECTED to secure the Defendant's presence at the hearing.

The Clerk of the Court is DIRECTED to provide a court reporter for this proceeding.

Done this 13th day of October, 2022.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE